DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAYMAR DWAUNE JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-00261-GEB |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| ) JAYMAR DWAUNE JAMERSON, ) | |
| ) Defendant. ) | Date: July 29, 2011 Time: 9:00 a.m. Judge: Hon. Garland E. Burrell |
| _____ ) | |

 IT IS HEREBY STIPULATED between the parties, SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JAYMAR DWAUNE JAMERSON that the status conference of July 8, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on July 29, 2011, at 9:00 a.m.

 The reason for the continuance to allow defense counsel additional time to review and investigate the facts of the case. Additionally, defense counsel will be out of the office for the currently schedule date of July 8, 2011. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

1   IT IS STIPULATED that the period from the date of the parties'
2   stipulation, July 6, 2011 and up to and including the July 29, 2011,
3   Status Conference, shall be excluded in computing the time within which
4   trial of this matter must be commenced under the Speedy Trial Act,
5   pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4
6   (ongoing preparation of defense counsel).

7   Dated: July 6, 2011                    Respectfully submitted,

8                                          DANIEL BRODERICK
                                           Federal Defender
9
                                           */s/ Doug Beevers*
10                                         DOUG BEEVERS
                                           Assistant Federal Defender
11                                         Attorney for Defendant
                                           JAYMAR DWAUNE JAMERSON
12

13  Dated: July 6, 2011                    BENJAMIN B. WAGNER
                                           United States Attorney
14
                                       By: */s/ Samuel Wong*
15                                         SAMUEL WONG
                                           Assistant U.S. Attorney
16                                         Attorney for Plaintiff

17

18                                   **ORDER**

19       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
20  ordered that the status conference presently set for July 8, 2011, be
21  continued to July 29, 2011, at 9:00 a.m. Based on the representation of
22  defense counsel and good cause appearing therefrom, the Court hereby
23  finds that it is unreasonable to expect adequate preparation for pretrial
24  proceedings and trial itself within the time limits established in 18
25  U.S.C. § 3161, the requested continuance is necessary to provide defense
26  counsel reasonable time necessary for effective preparation, taking into
27  account the exercise of due diligence. The Court finds the ends of
28  justice to be served by granting a continuance outweigh the best

1  interests of the public and the defendant in a speedy trial.
2      It is ordered that time from the date of the parties' stipulation,
3  July 6, 2011, up to and including, the July 29, 2011, status conference
4  shall be excluded from computation of time within which the trial of this
5  matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
6  §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel
7  reasonable time to prepare).
8  Dated:  July 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                          -3-