DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAYMAR DWAUNE JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-11-00261-GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| JAYMAR DWAUNE JAMERSON, | ) Date: February 10, 2012 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell |
| _____ | ) |

This case is currently scheduled for a status hearing on November 18, 2011. The parties have conferred and agree that additional time is needed for negotiation between the parties with the hope of resolving the case. Specifically, the parties have agreed that a pre-plea presentence report would aid the parties toward resolving the case and respectfully request that this Court order the Probation Office to produce a pre-plea presentence report in Mr. Jamerson's case. In addition, defense counsel desires the pre-plea presentence report to help apprise him of legal and/or factual issues on which he may need to perform additional legal research and factual investigation in order to help prepare defendant's defense.

1    The parties are hopeful that a resolution can be reached short of
2 trial.
3    Mr. Jamerson is currently in custody and is willing to waive time
4 pursuant to the Speedy Trial Act in order for defense counsel to obtain
5 the pre-plead presentence report and pursue negotiations with the
6 government.
7    The parties, through their respective counsel, hereby stipulate and
8 agree that the status conference scheduled in this case for November 18,
9 2011, be continued until February 10, 2012. In addition, the parties
10 stipulate that the time period from the date of this stipulation,
11 November 17, 2011, and including, February 10, 2012 , be excluded from
12 computation of time within which the trial of this matter must be
13 commenced under the Speedy Trial Act pursuant to 18 U.S.C.
14 §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense
15 counsel with the reasonable time to prepare Mr. Jamerson's defense.
16 Specifically, the parties further agree that a pre-plea presentence
17 investigation report from the probation office will aid defense counsel
18 in properly advising Mr. Jamerson of the consequences of a conviction of
19 the charge(s) and possibly help in resolving the case.

20 Dated: November 17, 2011           Respectfully submitted,

21                                    DANIEL BRODERICK
                                      Federal Defender
22
                                      /s/ Doug Beevers
23                                    DOUG BEEVERS
                                      Assistant Federal Defender
24                                    Attorney for Defendant
                                      JAYMAR DWAUNE JAMERSON
25
   Dated: November 17, 2011           BENJAMIN B. WAGNER
26                                    United States Attorney

27                               By:  /s/ Samuel Wong
                                      SAMUEL WONG
28                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff

S/O Re: Pre-Plea                      -2-

**ORDER**

1
2  For the reasons set forth in the stipulation of the parties, filed
3  on November 17, 2011, IT IS HEREBY ORDERED that the status conference
4  currently scheduled for November 18, 2011, shall be continued until
5  Friday, February 10, 2012, at 9:00 a.m.  The Court finds that the ends of
6  justice to be served by granting a continuance outweigh the best
7  interests of the public and the defendant in a speedy trial.
8  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the
9  parties' November 17, 2011, stipulation, the time from the date of the
10 parties' stipulation to, and including, February 10, 2012 is excluded
11 from computation of time within which the trial of this matter must be
12 commenced under the Speedy Trial Act pursuant to 18 U.S.C.
13 §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense
14 counsel with the reasonable time to prepare defendant's defense taking
15 into account the exercise of due diligence.
16  In addition, the Court further ORDERS the United States Probation
17 Office to prepare and disclose to the parties a pre-plea presentence
18 investigation report.
19  **IT IS ORDERED.**
20 Dated:  November 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge