```
BENJAMIN B. WAGNER
Acting United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-261-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING TRIAL DATE AND |
| v. ) | DEADLINES FOR TRIAL RELATED |
| ) | DOCUMENTS, AND EXCLUDING |
| JAYMAR DWAUNE JAMERSON, ) | TIME UNDER THE SPEEDY TRIAL |
| ) | ACT |
| Defendant. ) | |
| ) | |
| ) | |

Whereas, the United States has recently produced additional duplicate discovery to counsel for defendant Jaymar Dwaune Jamerson in the form of corrected photocopies of previously produced discovery that inadvertently omitted portions of law enforcement reports and other documents due to a photocopying machine error;

Whereas, the United States anticipates producing additional discovery regarding disclosure and testimony of its experts; and

Whereas, counsel for defendant Jamerson desires additional time to review the newly produced discovery documents to prepare for Jamerson's defense at trial and contemplate the filing of

1  additional motions in limine,
2      It is hereby stipulated and agreed by the parties, through
3  their respective counsel, that:
4      1.   The presently set May 18, 2012, hearing date for the
5  motions in limine date shall be continued to June 1, 2012, at
6  9:00 a.m.;
7      2.   The briefing schedule for the filing of motions in
8  limine shall be amended and that motions in limine shall be filed
9  by May 18, 2012, at 4:30 p.m., and responses to motions in limine
10 shall be filed by May 25, 2012, at 4:30 p.m.;
11     3.   The presently set May 22, 2012, trial date shall be
12 continued to June 5, 2012, at 9:00 a.m.;
13     4.   Proposed jury instructions and verdict form, proposed
14 voir dire, trial briefs, and joint statements or preliminary jury
15 instructions shall be filed by May 29, 2012; and
16 ///
17 ///
18 ///

4. Time from the date of this stipulation, May 4, 2012, to and including the new trial date of June 5, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

Dated: May 4, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JAYMAR DWAUNE JAMERSON

Dated: May 4, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Samuel Wong*

*/s/ Kevin Khasigian*
_____
By: SAMUEL WONG
    KEVIN KHASIGIAN
    Assistant U.S. Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation,

3

taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 4, 2012, to and including the new trial date of June 5, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that:

1. The presently set May 18, 2012, hearing date for the motions *in limine* date shall be continued to June 1, 2012, at 9:00 a.m.;

2. The briefing schedule for the filing of motions *in limine* be amended and that motions *in limine* shall be filed by May 18, 2012, at 4:30 p.m., and responses to motions *in limine* shall be filed by May 25, 2012, at 4:30 p.m.;

3. The presently set May 22, 2012, trial date shall be continued to June 5, 2012, at 9:00 a.m.; and

4. Proposed jury instructions and verdict form, proposed voir dire, trial briefs, and joint statements or preliminary jury instructions shall be filed by May 29, 2012.

Dated: May 4, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge