```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   KEVIN KHASIGIAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone (916) 554-2772
5
```





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-261 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WAIVER OF JURY TRIAL BY THE |
| v. | ) | PARTIES AND ORDER THEREON |
| | ) | |
| JAYMAR DWAUNE JAMERSON, | ) | Date:  May 25, 2012 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Court: Hon. Garland E. Burrell |
| | ) | |

I, Jaymar Dwaune Jamerson, am the defendant in the above-captioned case. I am aware of my absolute constitutional right to a jury trial. I am aware and understand that in a jury trial, before I can be convicted of any criminal count in the Superseding Indictment, there must be a unanimous verdict of guilty beyond a reasonable doubt by twelve jurors on that count. I know that in a bench trial only one person, District Judge Garland E. Burrell, would render a verdict of guilty or not guilty beyond a reasonable doubt on each count in the Superseding Indictment.

Understanding my right to a jury trial, I hereby voluntarily waive my right to a jury trial and consent to a trial of my criminal

charges with District Judge Burrell as the trier of fact and judge in the case.

Dated: May 25, 2012

JAYMAR DWAUNE JAMERSON

I consent to my client's waiver of his right to jury trial, which I believe is knowingly, intelligently, and voluntarily made.

Dated: May 25, 2012

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
Jaymar Dwaune Jamerson

On behalf of the United States, I hereby waive its right to a jury trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: May 25, 2012           By:

SAMUEL WONG
Assistant U.S. Attorney
Assistant Federal Defender

**ORDER**

Based on the foregoing, and good cause appearing therefrom, the Court finds that defendant Jaymar Dwaune Jamerson's jury waiver is knowingly, intelligently, and voluntarily made. The Court finds the United States also waived its right to a jury trial. Accordingly, it is hereby ordered that the trial of the remaining counts in the Superseding Indictment shall be by the Court and not by jury trial.

Dated: May 25, 2012

GARLAND E. BURRELL
United States District Judge