1   BENJAMIN B. WAGNER
    United States Attorney
2   SAMUEL WONG
    KEVIN C. KHASIGIAN
3   Assistant U.S. AttorneyS
    501 I Street, Suite 10-100
4   Sacramento, California  95814
    Telephone:  (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    2:11-CR-00261 GEB
                                 )
12           Plaintiff,          )
                                 )    PRELIMINARY ORDER OF
13      v.                       )    FORFEITURE
                                 )
14  JAYMAR DWAUNE JAMERSON,      )
                                 )
15           Defendant.          )
                                 )
16  ─────────────────────────────)

17      Based upon the guilty plea of defendant Jaymar Dwaune

18  Jamerson to Count Three of the Superseding Indictment, it is

19  hereby ORDERED, ADJUDGED AND DECREED as follows:

20      1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §

21  2461(c), defendant Jaymar Dwaune Jamerson's interest in the

22  following property shall be condemned and forfeited to the United

23  States of America, to be disposed of according to law:

24              a.   one Glock Model 37, .45 caliber semi-automatic
                     pistol, serial number GBH686;
25
                b.   Approximately ten rounds of .45 caliber ammunition
26                   which was inside the Glock Model 37,

27              c.   Approximately sixty-seven rounds of Load-X .45
                     caliber ammunition,
28

                                1        Preliminary Order of Forfeiture

1    d. Approximately thirty-five rounds of 9mm RWS
     ammunition,

2

3    e. Approximately fifty rounds of .45 caliber UMC
     ammunition, and

4    f. A broken Glock magazine and a Glock magazine
     spring and bottom plate.

5

6   2. The above-listed property is a firearm that was involved

7 or used in the knowing commission of a violation of 18 U.S.C. §

8 922(g)(1).

9   3. Pursuant to Rule 32.2(b), the Attorney General (or a

10 designee) shall be authorized to seize the above-listed property.

11 The aforementioned property shall be seized and held by the

12 Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its

13 secure custody and control.

14   4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21

15 U.S.C. § 853(n), and Local Rule 171, the United States shall

16 publish notice of the order of forfeiture.  Notice of this Order

17 and notice of the Attorney General's (or a designee's) intent to

18 dispose of the property in such manner as the Attorney General

19 may direct shall be posted for at least 30 consecutive days on

20 the official internet government forfeiture site

21 www.forfeiture.gov.  The United States may also, to the extent

22 practicable, provide direct written notice to any person known to

23 have alleged an interest in the property that is the subject of

24 the order of forfeiture as a substitute for published notice as

25 to those persons so notified.

26    b. This notice shall state that any person, other than

27 the defendant, asserting a legal interest in the above-listed

28 property, must file a petition with the Court within sixty (60)

         Preliminary Order of Forfeiture

days from the first day of publication of the Notice of

Forfeiture posted on the official government forfeiture site, or

within thirty (30) days from receipt of direct written notice,

whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final

Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28

U.S.C. § 2461(c), in which all interests will be addressed.

Dated:  June 11, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge