IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES,                  )
                                )    2:11-cr-00261-GEB
          Plaintiff,            )
                                )
     v.                         )    ORDER
                                )
JAYMAR DWAUNE JAMERSON,         )
                                )
          Defendant.            )
_____)
```

        The documents filed by Lucia Morgan, Assistant Manager for Guns Fishing & Stuff, on July 2, 2012 (ECF No. 73) are stricken since a federal basis for the relief sought has not been shown.

        The Clerk of the Court shall serve a copy of this Order on Lucia Morgan at the address provided on the first page of the filing.

Dated: July 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1