BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-261-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **EXTENDING BRIEFING SCHEDULE** |
| v. | ) | **ON DEFENDANT'S OBJECTIONS TO** |
| | ) | **PRESENTENCE REPORT AND** |
| JAYMAR DWAUNE JAMERSON, | ) | **RESPONSE TO DEFENDANT'S** |
| | ) | **SENTENCING MEMORANDUM, AND** |
| Defendant. | ) | **CONTINUING THE SENTENCING** |
| | ) | **DATE** |
| | ) | |
| | ) | Hon. Garland E. Burrell |

Whereas, plaintiff United States of America desires additional time to file its responses to defendant Jaymar Jamerson's objections to the Presentence Report and its response to Jamerson's sentencing memorandum,

It is hereby stipulated and agreed by and between the United States, on the one hand, and Jamerson, on the other hand, through their respective counsel, subject to the approval of the Court, that:

1. The United States' responses to defendant Jaymar

1

Jamerson's objections to the Presentence Report and its response to Jamerson's sentencing memorandum shall be due on June 12, 2012;

    2.   Jamerson's reply memoranda, if any, shall be due, on June 20, 2013;

    3.   The sentencing hearing shall be continued from May 17, 2013, to June 28, 2013, at 9:00 a.m.

Dated:  May 8, 2013

                              Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

                              */s/ Douglas Beevers*
                              _____
                          By:  DOUGLAS BEEVERS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JAYMAR DWAUNE JAMERSON

Dated:  May 8, 2013

                              BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Samuel Wong*

                              */s/ Kevin Khasigian*
                              _____
                          By:  SAMUEL WONG
                              KEVIN KHASIGIAN
                              Assistant U.S. Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, it is ordered that:

1. The United States' responses to defendant Jaymar Jamerson's objections to the Presentence Report and its response to Jamerson's sentencing memorandum shall be due on June 12, 2013;

2. Jamerson's reply memoranda, if any, shall be due, on June 20, 2013;

3. The sentencing hearing shall be continued from May 17, 2013, to June 28, 2013, at 9:00 a.m.

Dated: May 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge