HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
JAYMAR JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 2:11-00261 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER; RE: BOP DESIGNATION** |
| v. | |
| JAYMAR JAMERSON, | |
| Defendant. | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Samuel Wong and Assistant Federal Defender Douglas Beevers, attorney for Jaymar Jamerson, that the court make the recommendation to the Bureau of Prisons for a California facility.

The reason for this stipulation is the pre-sentence report indicates that Mr. Jamerson's two children and both parents reside in Northern California and his father is disabled.  This unopposed request for designation recommendation was inadvertently omitted at the sentencing hearing.

Therefore, it is agreed that the court make the recommendation to the Bureau of Prisons.

DATED: July 10, 2013              Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Public Defender

                                               /s/ Douglas Beevers
                                               DOUGLAS BEEVER
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               JAYMAR JAMERSON

DATED: July 10, 2013              BENJAMIN WAGNER
                                               United States Attorney

                                               /s/ Samuel Wong
                                               SAMUEL WONG
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED that the Judgment include a recommendation that the defendant be designated to a prison in California subject to space availability and security classification.

Dated: July 11, 2013

                                               GARLAND E. BURRELL, JR.
                                               Senior United States District Judge