BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00261 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR FINAL ORDER OF |
| | ) | FORFEITURE AND ORDER THEREON |
| v. | ) | |
| | ) | |
| JAYMAR DWAUNE JAMERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and Guns, Fishing & Other Stuff (hereafter "petitioner"), to compromise and settle their interest in the following property, and to consent to the entry of a Final Order of Forfeiture as to the following assets pursuant to Fed. R. Crim. P. 32.2(c), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c):

        a.    one Glock Model 37, .45 caliber semi-automatic pistol, serial number GBH686;

        b.    Approximately ten rounds of .45 caliber ammunition which was inside the Glock Model 37,

        c.    Approximately sixty-seven rounds of Load-X .45 caliber ammunition,

        d.    Approximately thirty-five rounds of 9mm RWS ammunition,

Stipulation for Final
Order of Forfeiture

e.    Approximately fifty rounds of .45 caliber UMC ammunition, and

f.    A broken Glock magazine and a Glock magazine spring and bottom plate.

1.    This stipulation for Final Order of Forfeiture is entered into between the parties pursuant to the plea in open court of Jaymar Dwaune Jamerson in which he pleaded guilty to Count Three, which charges a Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) of the Superseding Indictment.  The Court entered a Preliminary Order of Forfeiture on June 11, 2012.  Pursuant to 21 U.S.C. § 853(n)(1), the United States sent direct notice to Guns, Fishing & Other Stuff by certified mail on June 13, 2012, and published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov beginning on June 13, 2012.  Guns, Fishing & Other Stuff filed a verified petition on July 2, 2012, claiming an interest in the Glock Model 37, .45 caliber semi-automatic pistol, serial number GBH686 (hereafter "firearm").  No other persons or entities have come forward and the time for maintaining a claim has expired.

2.    The parties hereby stipulate that Guns, Fishing & Other Stuff has an interest in the firearm.  Guns, Fishing & Other Stuff has a legal right, title, or interest in the firearm, and that such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for  Guns, Fishing & Other Stuff's interest because such interest was vested in them rather than the Defendant at the time of the commission of the act which gave rise to the forfeiture of the firearm.  *See* 28 U.S.C. § 2461 (c)(incorporating 21 U.S.C. § 853(n)).  The parties further stipulate, however, that

Stipulation for Final
Order of Forfeiture

1  the Preliminary Order of Forfeiture remains valid to the extent it

2  orders the forfeiture of any interest Jaymar Dwaune Jamerson has in

3  the firearm.

4      3.    Petitioner understands and agrees that the firearm held by

5  the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"),

6  will not be released to petitioner until the "Law Enforcement Gun

7  Release Application" is executed by petitioner and filed with the

8  California Department of Justice Bureau of Firearms and any

9  necessary fees are paid.  ATF will release the firearm to petitioner

10 within thirty (30) days of receipt of notification from the

11 California Department of Justice Bureau of Firearms that the

12 application has been approved and all fees have been paid in full.

13     4.    Petitioner understands and agrees that the United States

14 reserves the right to void the stipulation if, before the return of

15 the firearm, the U.S. Attorney obtains new information indicating

16 that the petitioner is not "innocent owner" pursuant to the

17 applicable forfeiture statute.  A discretionary termination of

18 forfeiture shall not be a basis for any award of fees.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation for Final
Order of Forfeiture

5.    The court shall maintain jurisdiction over this matter to, inter alia, enforce the terms of this stipulation.


Dated: _12/27/12_             BENJAMIN B. WAGNER
                              United States Attorney


                               _/s/ Kevin C. Khasigian_
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney


Dated: _10/12/12_             _/s/ William I. Morgan_
                              GUNS, FISHING & OTHER STUFF
                              William I. Morgan, President
                              Petitioner
                              Appearing *in propria persona*
                              (Original signature retained by
                              attorney)


## ORDER

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

IT IS SO ORDERED.

Dated:  July 25, 2013


                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge

                                        Stipulation for Final
                                        Order of Forfeiture