HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JAYMAR JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00261-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **TO SET BRIEFING SCHEDULE** |
| vs. ) | |
| ) | |
| JAYMAR JAMERSON, ) | Date: March 3, 2017  (continuance proposed to |
| ) | March 31, 2017) |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for JAYMAR JAMERSON, that the sentencing hearing date be continued from March 3, 2017 to March 31, 2017. The parties further stipulate to the following briefing schedule:

| | |
|---|---|
| Defense Sentencing Brief: | 3/10/17 |
| Government Opposition Brief: | 3/17/17 |
| Defense Reply Brief: | 3/24/17 |
| Judgment and Sentencing Date: | 3/31/17 |

Currently, the Court set a hearing date on March 3, 2017 and ordered the parties to submit a briefing schedule.  The parties agree that additional time is needed to review the

evidence in the record. In addition, defense counsel needs time to consult with the Defendant who is housed at U.S.P. Lompoc. The attorneys for all parties met and conferred on February 13, 2017, and the parties are exploring the possibility of an agreed resolution.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 13, 2017
*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorneys for Defendant
JAYMAR JAMERSON

Date: February 13, 2017
*/s/ Gabriel J. Chin*
GABRIEL J. CHIN
Aoki Federal Defender Project
University of California, Davis
School of Law
400 Mrak Hall Drive
Davis, California  95616
(530) 752-3112
Attorneys for Defendant
JAYMAR JAMERSON

Date: February 13, 2017
PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff


*/s/ Kevin Khasigian*
KEVIN KHASIGIAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the Defense sentencing brief shall be filed on or before March 10, 2017.  The Government's Brief shall be filed on or before March 17, 2017.  Any reply brief shall be filed on or before March 24, 2017.  Judgment and Sentencing is set for March 31, 2017 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge