HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JAYMAR JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00261-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |
| vs. | |
| JAYMAR JAMERSON, | Date: March 31, 2017 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for JAYMAR JAMERSON, that the sentencing hearing date be continued from March 31, 2017 to April 28, 2017. The parties further stipulate to the following briefing schedule:

Defense Sentencing Brief:        4/7/17

Government Opposition Brief:        4/14/17

Defense Reply Brief:        4/21/17

Judgment and Sentencing Date:        4/28/17

Currently, the Court set a hearing date on March 3, 2017 and ordered the parties to submit a briefing schedule. The parties agree that additional time is needed to review the

1  evidence in the record.  In addition, defense counsel needs time to consult with the Defendant
2  who is housed at U.S.P. Lompoc.  The attorneys for all parties met and conferred on February
3  13, 2017, and the parties are exploring the possibility of an agreed resolution.  By stipulation the
4  Court previously ordered the sentencing reset to March 31, 2017.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: March 22, 2017                             */s/  Douglas J. Beevers*
                                          DOUGLAS J. BEEVERS
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          JAYMAR JAMERSON

Date: March 22, 2017                             */s/ Gabriel J. Chin*
                                            GABRIEL J. CHIN
                                          Aoki Federal Defender Project
                                          University of California, Davis
                                          School of Law
                                          400 Mrak Hall Drive
                                          Davis, California  95616
                                          (530) 752-3112
                                          Attorneys for Defendant
                                          JAYMAR JAMERSON

Date: March 22, 2017                             PHILLIP A. TALBERT
                                          United States Attorney

                                          */s/ Samuel Wong*
                                          SAMUEL WONG
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                          */s/ Kevin Khasigian*
                                          KEVIN KHASIGIAN
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the Defense sentencing brief shall be filed on or before April 7, 2017. The Government's Brief shall be filed on or before April 14, 2017. Any reply brief shall be filed on or before April 21, 2017. Judgment and Sentencing is set for April 28, 2017 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 22, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge