HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JAYMAR JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00261-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO MODIFY BRIEFING SCHEDULE** |
| vs. | ) |
| JAYMAR JAMERSON, | ) Date: April 28, 2017 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for JAYMAR JAMERSON, that the sentencing hearing date be continued from April 28, 2017 to March 12, 2017. The parties further stipulate to the following briefing schedule:

| | |
|---|---|
| Defense Sentencing Brief: | 4/21/17 |
| Government Opposition Brief: | 4/28/17 |
| Defense Reply Brief: | 5/5/17 |
| Judgment and Sentencing Date: | 5/12/17 |

The parties agree that additional time is needed to review the evidence in the record. In addition, defense counsel needs time to consult with the Defendant who is housed at U.S.P.

Stipulation and Order to Continue Briefing Schedule -1- *U.S. v. Jamerson*, 2:11-cr-00261-GEB

Lompoc.  The attorneys for all parties met and conferred, and the parties are exploring the possibility of an agreed resolution.  By stipulation the Court previously ordered the sentencing reset to April 28, 2017.

                                   Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

Date: April 13, 2017                  */s/ Douglas J. Beevers*
                                   DOUGLAS J. BEEVERS
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   JAYMAR JAMERSON

Date: April 13, 2017                  */s/ Gabriel J. Chin*
                                   GABRIEL J. CHIN
                                   Aoki Federal Defender Project
                                   University of California, Davis
                                   School of Law
                                   400 Mrak Hall Drive
                                   Davis, California  95616
                                   (530) 752-3112
                                   Attorneys for Defendant
                                   JAYMAR JAMERSON

Date: April 13, 2017                  PHILLIP A. TALBERT
                                   United States Attorney

                                   */s/ Samuel Wong*
                                   SAMUEL WONG
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

Date: April 13, 2017                  */s/ Kevin Khasigian*
                                   KEVIN KHASIGIAN
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the Defense sentencing brief shall be filed on or before April 21, 2017. The Government's Brief shall be filed on or before April 28, 2017. Any reply brief shall be filed on or before March 5, 2017. Judgment and Sentencing is set for March 12, 2017 at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge