HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JAYMAR JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00261-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |
| vs. | |
| JAYMAR JAMERSON, | Date: May 12, 2017 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for JAYMAR JAMERSON, that the sentencing hearing date be continued from May 12, 2017 to June 16, 2017. The parties further stipulate to the following briefing schedule:

| | |
|---|---|
| Defense Sentencing Brief: | 5/26/17 |
| Government Opposition Brief: | 6/2/17 |
| Defense Reply Brief: | 6/9/17 |
| Judgment and Sentencing Date: | 6/16/17 |

The parties agree that additional time is needed to review the evidence in the record. In addition, defense counsel needs time to consult with the Defendant who is housed at U.S.P.
Stipulation and Order to Continue Briefing Schedule     -1-     *U.S. v. Jamerson*, 2:11-cr-00261-GEB

Lompoc. The attorneys for all parties met and conferred, and the parties are exploring the possibility of an agreed resolution. By stipulation the Court previously ordered the sentencing reset to May 12, 2017.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 5, 2017 /s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorneys for Defendant
JAYMAR JAMERSON

Date: May 5, 2017 /s/ Gabriel J. Chin
GABRIEL J. CHIN
Aoki Federal Defender Project
University of California, Davis
School of Law
400 Mrak Hall Drive
Davis, California 95616
(530) 752-3112
Attorney for Defendant
JAYMAR JAMERSON

Date: May 5, 2017 PHILLIP A. TALBERT
United States Attorney

/s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

Date: May 5, 2017 /s/ Kevin Khasigian
KEVIN KHASIGIAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the Defense sentencing brief shall be filed on or before May 26, 2017. The Government's Brief shall be filed on or before June 2, 2017. Any reply brief shall be filed on or before June 9, 2017. Judgment and Sentencing is set for June 16, 2017 at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge