HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JAYMAR JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00261-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |
| vs. | |
| JAYMAR JAMERSON, | Date: June 30, 2017 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for JAYMAR JAMERSON, that the sentencing hearing date be continued from June 30, 2017, 2017 to August 4, 2017. The parties further stipulate to the following briefing schedule:

| | |
|---|---|
| Defense Sentencing Brief (or joint brief): | 7/7/17 |
| Government Opposition Brief: | 7/14/17 |
| Defense Reply Brief: | 7/21/17 |
| Judgment and Sentencing Date: | 8/04/17 |

The parties agree that additional time is needed to review the evidence in the record, and the parties need to arrange for Mr. Jamerson to be brought for sentencing. The attorneys for all

Stipulation and Order to Continue Briefing Schedule -1- *U.S. v. Jamerson*, 2:11-cr-00261-GEB

parties met and conferred, and the parties have an agreed resolution which includes a joint agreement to a specific sentence and a joint agreement to modified offense level based on a drug weight calculation which the parties believe comports with the new Ninth Circuit decision. By stipulation the Court previously ordered the sentencing reset to June 30, 2017.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 26, 2017  */s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorneys for Defendant
JAYMAR JAMERSON

Date: June 26, 2017  PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

Date: June 26, 2017  */s/ Kevin Khasigian*
KEVIN KHASIGIAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the Defense sentencing brief shall be filed on or before July 7, 2017. The Government's Brief shall be filed on or before July 14 2017. Any reply brief shall be filed on or before July 21, 2017. Judgment and Sentencing is set for August 4, 2017 at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge