PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAYMAR DWAUNE JAMERSON, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 2:11-CR-261-GEB <br><br> **STIPULATION AND ORDER CONTINUING RE-SENTENCING HEARING DATE** <br><br> Hon. Garland E. Burrell |

It is hereby stipulated and agreed by and between the United States, on the one hand, and Jamerson, on the other hand, through their respective counsel, subject to the approval of the Court, that the re-sentencing hearing shall be continued from August 4, 2017, to September 8, 2017, at 9:00 a.m.

Dated: August 1, 2017

                                                         Respectfully submitted,

                                                         HEATHER WILLIAMS
                                                         Federal Defender

                                                          */s/ Douglas Beevers*

                                       By:    DOUGLAS BEEVERS
                                                     Assistant Federal Defender
                                                     Attorneys for Defendant
                                                     JAYMAR DWAUNE JAMERSON

1

Dated: August 1, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
*/s/ Kevin Khasigian*

By: SAMUEL WONG
KEVIN KHASIGIAN
Assistant United States Attorneys

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, it is ordered that the re-sentencing hearing shall be continued from August 4, 2017, to September 8, 2017, at 9:00 a.m.

Dated: August 3, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge