| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | SAMUEL WONG<br>KEVIN C. KHASIGIAN |
| 3 | Assistant U.S. Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, California 95814<br>Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAYMAR DWAUNE JAMERSON,<br><br>    Defendant. | 2:11-CR-00261-GEB<br><br>STIPULATION AND APPLICATION FOR FINAL ORDER OF FORFEITURE |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and Guns, Fishing & Other Stuff (hereafter "petitioner"), to compromise and settle their interest in the following property, and to consent to the entry of a Final Order of Forfeiture as to the following assets pursuant to Fed. R. Crim. P. 32.2(c), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c):

    a.   one Glock Model 37, .45 caliber semi-automatic pistol, serial number GBH686;

    b.   Approximately ten rounds of .45 caliber ammunition which was inside the Glock Model 37,

    c.   Approximately sixty-seven rounds of Load-X .45 caliber ammunition,

    d.   Approximately thirty-five rounds of 9mm RWS ammunition,

    e.   Approximately fifty rounds of .45 caliber UMC ammunition, and

    f.   A broken Glock magazine and a Glock magazine spring and bottom plate.

    1.   This stipulation for Final Order of Forfeiture is entered into between the parties pursuant to the plea in open court of Jaymar Dwaune Jamerson in which he pleaded guilty to Count Three, which

charges a Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) of the Superseding Indictment. The Court entered a Preliminary Order of Forfeiture on June 11, 2012. Pursuant to 21 U.S.C. § 853(n)(1), the United States sent direct notice to Guns, Fishing & Other Stuff by certified mail on June 13, 2012, and published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov beginning on June 13, 2012. Guns, Fishing & Other Stuff filed a verified petition on July 2, 2012, claiming an interest in the Glock Model 37, .45 caliber semi automatic pistol, serial number GBH686 (hereafter "firearm"). No other persons or entities have come forward and the time for maintaining a claim has expired.

2. The parties hereby stipulate that Guns, Fishing & Other Stuff has an interest in the firearm. Guns, Fishing & Other Stuff has a legal right, title, or interest in the firearm, and that such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for Guns, Fishing & Other Stuff's interest because such interest was vested in them rather than the Defendant at the time of the commission of the act which gave rise to the forfeiture of the firearm. See 28 U.S.C. § 2461(c)(incorporating 21 U.S.C. § 853(n)). The parties further stipulate, however, that the Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of any interest Jaymar Dwaune Jamerson has in the firearm.

3. Petitioner understands and agrees that the firearm held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), will not be released to petitioner until the "Law Enforcement Gun Release Application" is executed by petitioner and filed with the California Department of Justice Bureau of Firearms and any necessary fees are paid. ATF will release the firearm to petitioner within thirty (30) days of receipt of notification from the California Department of Justice Bureau of Firearms that the application has been approved and all fees have been paid in full.

4. Petitioner understands and agrees that the United States reserves the right to void the stipulation if, before the return of the firearm, the U.S. Attorney obtains new information indicating that the petitioner is not "innocent owner" pursuant to the applicable forfeiture statute. A discretionary termination of forfeiture shall not be a basis for any award of fees.

///

///

2

5. The court shall maintain jurisdiction over this matter to, inter alia, enforce the terms of this stipulation.

Dated:   12/27/12                                      PHILLIP A. TALBERT
                                                       United States Attorney


                                                        /s/ Kevin C. Khasigian
                                                       KEVIN C. KHASIGIAN
                                                       Assistant U.S. Attorney


Dated:   10/12/12                                       /s/ William I. Morgan
                                                       GUNS, FISHING & OTHER STUFF
                                                       William I. Morgan, President
                                                       Petitioner
                                                       Appearing in propria persona
                                                       (Original signature retained by attorney)

## ORDER

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed assets, pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Jaymar Dwayne Jamerson.

2. All right, title, and interest in the below-listed assets, shall vest solely in the name of the United States of America:

    a. one Glock Model 37, .45 caliber semi-automatic pistol, serial number GBH686;

    b. Approximately ten rounds of .45 caliber ammunition which was inside the Glock Model 37,

    c. Approximately sixty-seven rounds of Load-X .45 caliber ammunition,

    d. Approximately thirty-five rounds of 9mm RWS ammunition,

3

Stipulation and Application for
Final Order of Forfeiture

  e. Approximately fifty rounds of .45 caliber UMC ammunition, and

  f. A broken Glock magazine and a Glock magazine spring and bottom plate.

3. Within 60 days of the Final Order of Forfeiture, the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall return the Glock Model 37, .45 caliber semi-automatic pistol, serial number GBH686 to petitioner Guns, Fishing & Other Stuff pursuant to the terms of the Stipulated Settlement.

    Dated: September 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge