HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JAYMAR JAMERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00261-GEB |
| Plaintiff, | **STIPULATION RE: MODIFICATION OF PRESENTENCE REPORT: [lodged] ORDER** |
| vs. | |
| JAYMAR JAMERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Samuel Wong, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for JAYMAR JAMERSON:

(1) on January 9, 2017, the Ninth Circuit Court of Appeals issued a memorandum disposition affirming in part and vacating in part this Court's judgment in the above-entitled matter, and remanded to the case for resentencing, ECF 115;

(2) on July 21, 2017, the parties filed a Joint Brief Re: Stipulated Sentence of Incarceration Upon Resentencing After Remand, in which they agreed that the appropriate estimate of the combined drug weight in this case is 123.5 grams of cocaine base, which produces a base offense level of 26, ECF 130 at p. 4;

(3) on September 8, 2018, the Court adopted the recommendations of the Joint Brief

1 and resentenced Mr. Jamerson to a total term of imprisonment of 136 months; accordingly,

2     (4)    the parties respectfully request the Court enter the order lodged herewith directing the Probation Office to make the following modifications to the Advisory Guideline Presentence Investigation Report dated November 9, 2012, so that the report will be consistent with the Court's findings at resentencing:

    (a)    Delete the first two sentences of paragraph 11, and replace with the following:

<11. Following the Ninth Circuit's decision vacating the defendant's the sentence and remanding the case for resentencing, the parties entered into a stipulation that Jamerson possessed approximately 123.5 grams of cocaine base, resulting in a base offense level of 26.>

    (b)    In paragraph 16, after the first sentence, delete the remainder of the paragraph and replace with the following:

<Following the Ninth Circuit's decision vacating the sentence and remanding the case for resentencing, the parties entered into a stipulation that Jamerson possessed approximately 123.5 grams of cocaine base.>

    (c)    In paragraph 17, delete the fourth sentence of the paragraph and replace with the following:

<In this case, the parties agree that Jamerson possessed approximately 123.5 grams of cocaine base.>

    (d)    In paragraph 17, in fifth sentence, replace <the offense level is 32> with <the offense level is 26.>

    (e)    Delete paragraph 18, and replace it with the following:

<18.    **Base Offense Level:** Pursuant to USSG 2D1.1(c)(7), if the offense involved at least 112 grams but less than 196 grams of cocaine base, the base offense level is 26. As previously stated, the parties agree that Jamerson possessed approximately 123.5 grams of cocaine base. Therefore, the base offense level is 26.     **26**>

    (f)    Delete paragraph 23, and replace it with the following:

| | | | |
|---|---|---|---|
| 1 | <23. | **Adjusted Offense Level (Subtotal):** | **32>** |

(g) Delete paragraph 27, and replace it with the following:

<27. **Total Offense Level:** **30**>

(h) Delete paragraph 60, and replace it with the following:

<60. **Guideline Provisions:** Based on a total offense level of 30 and a criminal history category of III, the guideline range for imprisonment is 121 to 151 months.>

(i) On page 19, in the second column, entitled, "**Guideline Provisions**," change <235 to 293 months> to <121 to 151 months>.

(j) On page 19, in the third column, entitled "**Recommended Sentence**," change <235 months> to <136 months>.

(k) In paragraph 77, delete the first sentence, and replace it with the following:

<The advisory guideline range for imprisonment is 121 to 151 months.>.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 26, 2017        */s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender

Attorneys for Defendant
JAYMAR JAMERSON

Date: September 26, 2017        PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel Wong*
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore, the Probation Officer is hereby **ORDERED** to make the following modifications to the Advisory Guideline Presentence Investigation Report dated November 9, 2012:

(1) Delete the first two sentences of paragraph 11, and replace with the following:

<11. Following the Ninth Circuit's decision vacating the defendant's the sentence and remanding the case for resentencing, the parties entered into a stipulation that Jamerson possessed approximately 123.5 grams of cocaine base, resulting in a base offense level of 26.>

(2) In paragraph 16, after the first sentence, delete the remainder of the paragraph and replace with the following:

<Following the Ninth Circuit's decision vacating the sentence and remanding the case for resentencing, the parties entered into a stipulation that Jamerson possessed approximately 123.5 grams of cocaine base.>

(3) In paragraph 17, delete the fourth sentence of the paragraph and replace with the following:

<In this case, the parties agree that Jamerson possessed approximately 123.5 grams of cocaine base.>

(4) In paragraph 17, in fifth sentence, replace <the offense level is 32> with <the offense level is 26.>

(5) Delete paragraph 18, and replace it with the following:

<18. **Base Offense Level:** Pursuant to USSG 2D1.1(c)(7), if the offense involved at least 112 grams but less than 196 grams of cocaine base, the base offense level is 26. As previously stated, the parties agree that Jamerson possessed approximately 123.5 grams of cocaine base. Therefore, the base offense level is 26.                **26**>

(6) Delete paragraph 23, and replace it with the following:

<23.    **Adjusted Offense Level (Subtotal):**                **32**>

(7) Delete paragraph 27, and replace it with the following:

&lt;27.    **Total Offense Level:**                                                                                            **30**&gt;

(8) Delete paragraph 60, and replace it with the following:

&lt;60.    **Guideline Provisions:** Based on a total offense level of 30 and a criminal history category of III, the guideline range for imprisonment is 121 to 151 months.&gt;

(9) On page 19, in the second column, entitled, "**Guideline Provisions**," change &lt;235 to 293 months&gt; to &lt;121 to 151 months&gt;.

(10) On page 19, in the third column, entitled "**Recommended Sentence**," change &lt;235 months&gt; to &lt;136 months&gt;.

(10) In paragraph 77, delete the first sentence, and replace it with the following:

&lt;The advisory guideline range for imprisonment is 121 to 151 months.&gt;.

**It is so ordered.**

**Dated: September 27, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation re: Modification of Presentence Report; [lodged] ORDER          -5-          *U.S. v. Jamerson*, 2:11-cr-00261-GEB